IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00470-REB-KLM

VICKY L. PRYOR,

    Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN OF COLORADO, a Colorado Corporation,

    Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Joint Motion for Stipulated Protective Order** [Docket No. 15; Filed June 7, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Protective Order [Docket No. 15-1] supplied by the parties is **accepted** for filing and entered, with interlineations, as an Order of the Court as of the date of this Minute Order.

Dated: June 7, 2011